# Hawthorne *v.* The State.

APPEAL from Wilcox Circuit Court.

Tried before the Hon. JOHN MOORE.

JONES & JONES, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted and tried for murder, was convicted of murder in the second decree and sentenced to the penitentiary for ten years.

The judgment is affirmed.

Opinion by TYSON, J.

---

# Dixon *v.* The State.

APPEAL from Chambers Circuit Court.

Tried before the Hon. N. D. DENSON.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted of arson, the building set fire to being a church; and was sentenced to the penitentiary for two years.

The judgment of conviction is affirmed.

Opinion by HARALSON, J.

---

# *Ex parte* Shannon.

Petition for *Mandamus*.

JNO. E. MITCHELL, for petitioner.

This was an application to this court for *mandamus* to the judge of the circuit court of Mobile county.

*Mandamus* denied.

Opinion by MCCLELLAN, C. J.